UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. John Becker,<br><br>Plaintiffs,<br><br>vs.<br><br>TOOLS & METALS, INC., ET AL.,<br><br>Defendants. | § § § § § § § § § § § | CIVIL NO. 3:05-CV-627-L<br>(Consolidated with 3:05-CV-2301-L)<br><br>ECF<br><br>Judge Sam A. Lindsay |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Qui Tam Plaintiff JOHN BECKER hereby voluntarily dismisses this action, without prejudice and without costs, as against Defendants JHW GREENTREE CAPITAL, L.P. and ROBERT CHARTENER.

Respectfully submitted,

_/s/ Thomas W. Mills, Jr._
Thomas W. Mills, Jr.
State Bar No. 14167500
tmills@millsandwilliams.com
MILLS & WILLIAMS, LLP
Premier Place, Suite 900
5910 North Central Expressway
Dallas, Texas 75206-5141
Tel: (214)265-9265; Fax: (214)363-3167

and Co-Counsel

Phillip E. Benson (*Pro Hac Vice)*
CA Bar No. 97420
philbenson@warrenbensonlaw.com
WARREN ■ BENSON LAW GROUP
620 Newport Center Dr., Suite 1100
Newport Beach, CA 92660
Tel: (952)955-3688; Fax: (952)955-5177

Attorneys for Qui Tam Plaintiff
John Becker

CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2008, I electronically filed the forgoing instrument, using the ECF system of this Court. A copy of ths instrument is being provided to all pro se parties and counsel of record either electronically or by regular United States mail, as authorized by Federal Rules of Civil Procedure 5(b)(2).

_/s/ Thomas W. Mills, Jr._
THOMAS W. MILLS, JR.