IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** *ex rel.*, **JOHN BECKER**, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:05-CV-0627-L** (Consolidated with 3:05-CV-2301-L) |
| **TOOLS & METALS, INC.,** *et al.*, | § § | |
| Defendants. | § | |

### ORDER

Before the court is Relator Robert B. Spencer's Updated Application for Previously Unsubmitted Statutory Attorneys' Fees and Costs (Doc. 440),* filed April 2, 2013. In light of the parties' Notice of Settlement and Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 441), filed on April 12, 2013, the court **denies as moot** Relator Robert B. Spencer's Updated Application for Previously Unsubmitted Statutory Attorneys' Fees and Costs (Doc. 440). The court truly appreciates the parties' efforts in reaching a settlement regarding the remaining issues in the case.

**It is so ordered** this 19th day of April, 2013.

*[signature]*
Sam A. Lindsay
United States District Judge

---

* A sealed version of the same Application was filed as Doc. 439. Accordingly, this order disposes of Doc. 439 and Doc. 440.

**Order - Solo Page**